Harold BISSOON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 304, 2017

Supreme Court of Delaware.

Submitted: September 7, 2017
Decided: September 15, 2017
Reargument Denied September 27, 2017

Court Below–Superior Court of the
State of Delaware, Cr. ID 1212011142 (N)

DISMISSED.